UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD R. FULLER,

    Plaintiff,

v.

Case No. 22-cv-12531
Hon. Matthew F. Leitman

VICKI ROUSH,

    Defendant.
_____/

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (ECF NO. 3)

Plaintiff Gerald Fuller has filed a motion for the appointment of counsel. (*See* Mot. ECF No 3.) The motion is **DENIED** because the Court is not yet persuaded that the appointment of counsel is necessary or appropriate at this very early stage of the case.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: December 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2022, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126