UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD R. FULLER,

    Plaintiff,

v.

Case No. 22-cv-12531
Hon. Matthew F. Leitman

VICKI ROUSH, *et al.*,

    Defendants.

_____/

**<u>ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 42), AND (2) GRANTING DEFENDANT ROUSH'S RENEWED MOTION TO DISMISS (ECF No. 37)</u>**

Now before the Court is a motion by Defendant Vicki Roush to dismiss the sole remaining claims against her. (*See* Mot., ECF No. 37.)  On August 13, 2025, the assigned Magistrate Judge issued a Report and Recommendation in which he recommended that the Court grant the motion (the "R & R"). (*See* R & R, ECF No. 42.)  At the conclusion of the R & R, the Magistrate Judge informed the parties that if they wanted to seek review of his recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.590-591.)

Plaintiff Gerald Fuller has not filed any objections to the R & R.  Nor has he contacted the Court to ask for additional time to file objections.  The failure to object to an R & R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950,

1

957 (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "[w]ithout expressing any view on the merits of the magistrate's conclusions").  Likewise, the failure to file objections to an R & R waives any further right to appeal. *See Howard v. Sec'y of Health & Hum. Servs.*, 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Fuller has failed to file any objections to the R & R, **IT IS HEREBY ORDERED** that the disposition recommended by the Magistrate Judge in the R & R is **ADOPTED**.

**IT IS FURTHER ORDERED** that Roush's renewed motion to dismiss (ECF No. 37) is **GRANTED**, and Fuller's claims against Roush are **DISMISSED**. Because all claims against all Defendants have now been dismissed, the Court will close this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 9, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2