UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD R. FULLER,

    Plaintiff,

v.

Case No. 22-cv-12531
Hon. Matthew F. Leitman

VICKI ROUSH, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Orders entered on this day and on September 30, 2024,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

                              KINIKIA ESSIX
                              CLERK OF COURT

                        By:   s/Holly A. Ryan
                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 9, 2025
Detroit, Michigan